# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| JEREMY AARON SASSANI, | : No. 136 MM 2014 |
| Petitioner | : |
| v. | : |
| COURT OF COMMON PLEAS OF NORTHUMBERLAND COUNTY, PENNSYLVANIA, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of October, 2014, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**.